# BARKER, GELFAND & JAMES

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**Atlantic County Office:**
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
Fax (609) 601-8577

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **

JEFFREY P. SARVAS, OF COUNSEL

**Camden County Office:**
The Laurelwood Corporate Center
1101 Laurel Oak Road – Suite 110
Voorhees, New Jersey 08043
(856) 874-0555
Fax (609) 601-8577

**Gloucester County Office:**
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
*By Appointment Only*

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: ambarker@barkerlawfirm.net

PLEASE REPLY TO
**ATLANTIC COUNTY OFFICE**

February 11, 2014

The Honorable Joel Schneider, U.S.M.J.
United States District Court
District of New Jersey/Camden Vicinage
One John F. Gerry Plaza
Camden, New Jersey 08101

Re:   Jason D. Dare v. Township of Hamilton, Police Chief Stacy Tappeiner, Sergeant Christopher Gehring, Captain Michael Petuskey, Patrol Officer James A. Esposito, and John/Jane Does (1-10).
Civil Action Number: 13-cv-01636 (JBS/JS)
**Qual-Lynx Claim:      X57989**
Our File Number: 47620-133

Dear Judge Schneider:

Following the telephone conference late yesterday afternoon, I did manage to speak with the Solicitor for the Atlantic County Municipal Joint Insurance Fund. The Solicitor reported that he is not in a position to decide whether the defendants are authorized to dismiss with prejudice any claim for attorney fees and costs. I was informed the decision falls within the authority of the Atlantic County Municipal Joint Insurance Fund and there is a meeting scheduled for this coming Thursday or Friday. Accordingly, I expect to have an answer by Monday

Page 2
February 11, 2014
The Honorable Joel Schneider, U.S.M.J.
United States District Court
Re:   Jason D. Dare v. Township of Hamilton, Police Chief Stacy Tappeiner, Sergeant Christopher Gehring, Captain Michael Petuskey, Patrol Officer James A. Esposito, and John/Jane Does (1-10).
Civil Action Number: 13-cv-01636 (JBS/JS)
**Qual-Lynx Claim:   X57989**
Our File Number: 47620-133

---

of next week. I will continue to keep you and opposing counsel closely advised. Thank you for your attention to this matter.

                            Respectfully Yours,

                            **BARKER, GELFAND & JAMES**
                            **a Professional Corporation**

                    By: _____
                          A. Michael Barker, Esquire

AMB/gb

cc:   Conrad J. Benedetto, Esquire
      *Attorney for Plaintiff*